# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF TEXAS

### Report on Offender Under Supervision

Name of Offender: <u>Jacob Guzman</u>  Case Number: <u>A-17-CR-315(06)SS</u>

Name of Current Sentencing Judicial Officer: <u>Senior United States District Judge Sam Sparks</u>

Date of Original Sentence: <u>April 26, 2018</u>

Original Offense: <u>Count Eight: Conspiracy to Possess with Intent to Distribute Cocaine, in violation of 21 U.S.C. 846 and 841(a)(1) and (b)(1)(C); Count Nine: Possession with Intent to Distribute Cocaine Near a School, in violation of 21 U.S.C. §§ 841(a)(1) and 860</u>

Original Sentence: <u>30 months on each count, to run concurrently for a total of 30 months incarceration. Followed by three (3) years supervised release on Count Eight and six (6) years supervised release on Count Nine, to run concurrently for a total of six (6) years supervised release. Special conditions include: substance abuse counseling, alcohol abstinence, no gang contact, search and seizure condition, and a $100 special assessment</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>November 7, 2019</u>

Assistant U.S. Attorney: <u>Matt Harding</u>  Defense Attorney: <u>Bristol Myers - Appointed</u>

---

## PREVIOUS COURT ACTION

None.

## NONCOMPLIANCE SUMMARY

**Violation Special Condition No. 2:** "The defendant shall not use or possess alcohol."

**Violation of Mandatory Condition No. 1:** "The defendant shall not commit another federal, state, or local crime during the term of supervision."

**Violation of Mandatory Condition No. 3:** "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court) for use of a controlled substance, but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant."

**Nature of Noncompliance:** According to the Kyle, Texas, Police Department records, on November 9, 2019, an officer responded to a call of a reckless driver who was unable to maintain his/her lane of traffic and then pulled into a gas station. The officer located the described vehicle and contacted the driver, identified as the defendant, Jacob Guzman. The officer noted that there were two open beer cans in the vehicle and administered a series of field sobriety tests, which the defendant failed. The defendant refused to submit a breath specimen and was subsequently arrested and charged with Driving While Intoxicated. A record check determined the defendant's license was suspended. Accordingly, he was also charged with Driving While License Invalid. Once detained, the defendant was placed in the patrol car and began to repeatedly unlock his seat belt. The officer warned the defendant that if he continued to unlock his seat belt, he would be charged with Resisting Transportation. The defendant again unlocked his seat belt and then began to slam his face against the partition. The defendant was placed in additional restraints to prevent him from injuring himself. The defendant was further charged with Resisting Transportation.

On November 15, 2019, the defendant was released on state bond and the charges remain pending.

**U.S. Probation Officer Action:** The defendant began his term of supervision on November 7, 2019 and was referred to substance abuse counseling. To address the defendant's substance abuse issues, it is respectfully recommended that no Court action be taken at this time, understanding the Court reserves the right to revisit these allegations in the future. In addition, should Guzman incur any further violations, the Court will be immediately notified.

Approved:

Martha N. Davis
Supervising U.S. Probation Officer

Respectfully submitted

Linda Cano
U.S. Probation Officer
Date: December 4, 2019

---

THE COURT ORDERS:

[X] No Action
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Honorable Susan Hightower
United States Magistrate Judge

Date: December 5, 2019